**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00428-CR

**HUGO SILVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-53639-K**

## ORDER

The Court **REINSTATES** the appeal.

On January 12, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Kathleen Walsh; (3) Ms. Walsh's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Walsh requested twenty-one days from the February 9, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 13, 2015**. We note that the brief was originally due November 5, 2015, appellant has already been granted one thirty-day extension of

time to file his brief, and the brief is now two months overdue. Therefore, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
        JUSTICE